Exhibit A

(Letter dated December 13, 2019)

PO BOX 2589
COLUMBUS, OH 43216-2589

December 13, 2019

 CBCS

800-947-2987

Consumer Name: CINDY A JOHNSON
CBCS Account #: ▇▇▇▇▇2389
Total Balance Due for 1 account(s): $ 625.60

| Creditor Name | Creditor Account# | Balance |
|---|---|---|
| CREDIT FIRST NATIONAL ASSOC | *******3063 | 625.60 |

*** DISCOUNT OFFER ***

Our records indicate you are eligible for a 75% discount offer if paid in one lump sum payment on or before 12/31/19. We are not obligated to renew this offer. To accept this offer:

- Call us at the number listed above to speak with a representative or;
- Enclose your one lump sum payment for the discounted amount of $ 156.40 using the coupon below.

Unless other payment arrangements are made with our office, partial payments will be applied towards the total balance due and not the discounted amount.

When you provide a check as payment, you authorize CBCS either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

***DETACH LOWER PORTION AND RETURN WITH PAYMENT***

137ONCBCS222688_426537608
137ONCBCS222688

| CBCS ACCOUNT # | # ACCTS. | BALANCE | DISCOUNT | DISCOUNTED AMT. |
|---|---|---|---|---|
| ▇▇▇2389 | 1 | $ 625 60 | 75% | $ 156 40 |

See reverse side to pay by credit card →

Dept. 3
PO Box 1280
Oaks PA 19456-1280
CHANGE SERVICE REQUESTED

December 13, 2019

ADDRESSEE:

CINDY A JOHNSON
Philadelphia PA 19144-4012

REMIT TO:

CBCS
PO BOX 2589
COLUMBUS OH 43216

▇▇▇▇▇238900062560

When you contact us, please include the following account number
in your communication: ■■■2389

WE ACCEPT VISA, MASTERCARD AND DISCOVER

If you wish to make your payment via credit card, please complete the
information below and return in the enclosed envelope

Please indicate if ☐ Debit Card or ☐ Credit Card

CIRCLE ONE    VISA   MasterCard   DISCOVER

| Account Number | | | | | | | | | | | | | | | Exp. Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   | / |

| Printed Cardholder Name | Payment Amount |
|---|---|
|   |   |

| Signature of Cardholder | Date |
|---|---|
|   |   |

| Cardholder Street Address | City | State | Zip |
|---|---|---|---|
|   |   |   |   |

| Phone Number for verification of information if necessary |
|---|
| (   )   -   |